

IN THE
TENTH COURT OF APPEALS

No. 10-14-00337-CR

MARSHALL S. HICKS,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 413th District Court
Johnson County, Texas
Trial Court No. F44149

MEMORANDUM OPINION

Marshall Shane Hicks was convicted in 2010 of indecency with a child. On October 27, 2014, he filed a "Notice of Appeal" by which he now seeks to appeal a "notice to set hearing on [his] 'Motion for Bill of Review and Summary Judgment'" in that same criminal case.[1] No law authorizes an appeal from such a notice or motion in a

---

[1] On October 30, 2014, Hicks filed a document entitled "Motion for Judgment to Correct Clerical Mistake (Nunc Pro Tunc)" as an original proceeding requesting relief directly from this Court. We have filed that as a new proceeding rather than as a motion in this proceeding. It will be addressed independently from this proceeding.

criminal case. *See Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law); *Everett v. State*, 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.) (stating that court has jurisdiction over criminal appeals only when expressly granted by law).

We have no jurisdiction of this appeal. Accordingly, the appeal is dismissed.[2]


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 20, 2014
Do not publish
[CR25]



---

[2] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by the Court of Criminal Appeals, a petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. TEX. R. APP. P. 68.2(a).